Jon N. Robbins
WEISBERG & MEYERS LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Attorneys For: Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH AND DENISE YANEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COLLECTCORP CORPORATION,<br><br>Defendant. | CASE NO. CV-08-399-LRS<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Joseph and Denise Yanez dismisses their Complaint and all claims against the Defendant Collectcorp Corporation with prejudice. No answer or responsive pleading has been filed and each party will bear his/her/its own attorneys' fees and costs.

Dated: April 7th, 2009.                                    WEISBERG & MEYERS LLC


                                                           By: s/Jon N. Robbins
                                                           Jon N. Robbins
                                                           3877 N. Deer Lake Road
                                                           Loon Lake, WA 99148
                                                           Attorneys for Plaintiffs